# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEPHEN S. SNOOK,            :   No. 140 MAL 2016

           Petitioner        :

                                  :   Petition for Allowance of Appeal from

                                  :   the Order of the Commonwealth Court

           v.                 :

                                  :

MIFFLIN COUNTY RETIREMENT   :
BOARD,                            :

           Respondent       :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 12th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.